FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Shawn Albert Lopez<br><br>Defendant. | 09-244-DOC<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. (☒) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

Instant offense and prior conviction record

(B) (☒) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

No background information and INS status.

IT IS ORDERED that defendant be detained.

DATED: 11/4/2016

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2